UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 06-146** |
| v. | * | SECTION: "K" |
| **EDDIE ALLEN HARRISON, III** | * | |

\*   \*   \*

## ORDER

Considering the foregoing Motion of the Government and for good cause shown,

**IT IS HEREBY ORDERED** that the indictment against defendant Eddie Harrison, III, is hereby dismissed without prejudice.

New Orleans, Louisiana this __7th__ day of July, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE